## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**COURTNEY ORLANDUS HUNT,**                                       **PLAINTIFF**

**v.**                                       **CAUSE NO. 1:15CV392-LG-RHW**

**LIEUTENANT MR. BREWER**                                       **DEFENDANT**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is

hereby, **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 28th day of December, 2015.


s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE